No. **CR-08 00141**  JF  PVT  E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

*Filed*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*
Mar - 6 2008

## THE UNITED STATES OF AMERICA
### vs.
## CARLOS GARCIA-VALADEZ

## INDICTMENT

**COUNT ONE:**  Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deposition

*A true bill.*

_____
Foreperson

Filed in open court this 5th day of March

A.D. 2008

_____
*United States Magistrate Judge*

JC
JF

Bail. $ No process

E-filing

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 | UNITED STATES OF AMERICA,     ) CR-08 00141 JF PVT
14 |        Plaintiff,             )
                                   ) VIOLATION: 8 U.S.C. § 1326 –
15 |    v.                         ) Illegal Re-Entry Following Deportation
                                   )
16 | CARLOS GARCIA-VALDEZ          )
                                   ) SAN JOSE VENUE
17 |        Defendant.             )
                                   )
18 |_____ )

19                    I N D I C T M E N T

20  The Grand Jury charges:

21       On or about February 25, 2008, the defendant

22                    CARLOS GARCIA-VALDEZ,

23  an alien, previously having been arrested and deported from the United States on or about

24  October 29, 1997, April 21, 1999, March 14, 2000, June 25, 2001, September 18, 2003 and

25  December 26, 2006, was found in the Northern District of California, the Attorney General of the

26  United States and the Secretary for Homeland Security not having expressly consented to a re-

27  application by the defendant for admission into the United States, in violation of Title 8,

28  //

INDICTMENT

1 | United States Code, Section 1326.

E-filing

3 | DATED: 3/5/08                          A TRUE BILL.

_____
FOREPERSON

7 | JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
AUSA JEFFREY SCHENK

INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

CR-08 00141 JF PVT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DEFENDANT - U.S.

▶ CARLOS GARCIA-VALADEZ

Filed

DISTRICT COURT NUMBER

MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DEFENDANT

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JEFFREY B. SCHENK

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: