1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    JEFFREY B. SCHENK (CSBN 234355)
     Assistant United States Attorney
5
       150 South Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      Facsimile: (408) 535-5081
       jeffrey.b.schenk@usdoj.gov
8
     Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
     UNITED STATES OF AMERICA,        )      NO. CR 05-00006 JF
14                                    )
                 Plaintiff,           )
15                                    )
           v.                         )
16                                    )
     CARLOS GARCIA-VALADEZ,           )
17                                    )
                 Defendant.           )
18   _____)
     UNITED STATES OF AMERICA,        )      NO. CR 08 00141 JF
19                                    )
                 Plaintiff,           )
20                                    )
           v.                         )
21                                    )      **NOTICE OF RELATED CASES**
     CARLOS GARCIA-VALADEZ,           )      **IN A CRIMINAL ACTION**
22                                    )
                 Defendant.           )
23   _____)

24
          The United States hereby files this notice of related cases pursuant to Criminal Local Rule 8-

25   1, as it believes that the cases above-captioned are related within the meaning of the rule.  The

26   first captioned case, charging defendant CARLOS GARCIA-VALADEZ(CR-05-00006 JF),

27   contains an allegation of a supervised release violation following a sentence imposed by the

28   Honorable Jeremy Fogel on June 15, 2005.  The second case, charging defendant CARLOS

GARCIA-VALADEZ (CR-08 00141 JF), was indicted on March 5, 2008 and is pending before the Honorable Jeremy Fogel.  Each case includes defendant CARLOS GARCIA-VALADEZ and the identical allegation of an illegal reentry.  The first matter assigned a case number by the clerk (U.S. v.CARLOS GARCIA-VALADEZ (CR-05-00006 JF) is pending before Judge Fogel and therefore, the "earliest" filed matter.   Thus, the rule suggests that all of the cases against CARLOS GARCIA-VALADEZ should be assigned to one judge, in this case, clearly Judge Fogel.

    For the above reasons, the government believes that assignment of the above-captioned cases to a single District Judge, Judge Fogel, will conserve judicial resources and promote an efficient determination of the action.

DATED: March 13, 2008

                                Respectfully submitted,


                                JOSEPH P. RUSSONIELLO
                                United States Attorney


                                _____/s/_____
                                JEFFREY B. SCHENK
                                Assistant United States Attorney

**NOTICE OF RELATED CASES IN A CRIMINAL ACTION**    2