UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings: Hearing re** Revocation of Supervised Release and Status Review, March 19, 2008
**Case Number:** CR-05-00006-JF/PVT and CR-08-00141-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **UNITED STATES OF AMERICA V. CARLOS GARCIA-VALADEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Garcia-Valadez |
| Attorneys Present: Jeff Schenk | Attorneys Present: Nick Humy |

---

PROCEEDINGS:

Hearing re revocation of supervised release on case number CR-05-00006-JF and status review on case number CR-08-00141-JF held. Counsel and defendant are present. Defendant waives arraignment and Nick Humy is appointed to represent the defendant on case number CR-08-00141-JF. Continued to 4/9/08 at 9:00 a.m. for further hearing on both cases. 21 days are excluded for the reasons stated.