# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

### CRIMINAL MINUTES

**Court Proceedings: Disposition and Sentencing Hearing**, April 9, 2008
**Case Number:** CR-08-00141-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**         **UNITED STATES OF AMERICA V. CARLOS GARCIA-VALADEZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Garcia-Valadez |
| Attorneys Present: Jeff Schenk | Attorneys Present: Nick Humy |

---

PROCEEDINGS:

Disposition and sentencing hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 24 months prison; 1 year supervised release; and $100.00 special assessment.