1   GEOFF HANSEN,
    Acting Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant GARCIA-VALADEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10                           SAN JOSE DIVISION

11

    UNITED STATES OF AMERICA,           )    No. CR-08-00141 - JF
12                                       )
                                         )
13            Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                         )    ORDER CONTINUING THE
14       v.                              )    SENTENCING HEARING DATE
                                         )
15                                       )
16   CARLOS GARCIA-VALADEZ,             )
                                         )
17                                       )
              Defendant.                 )
18   _____)

19

20         Defendants and the government, through their respective counsel, subject to the court's

21   approval, hereby stipulate that the Court continue the sentencing hearing in the above-captioned

22   matter, presently scheduled for, February 27, 2012 at 1:30 p.m., to March 19, 2012, at

23   1:30 p.m.  The reason for the continuance is defense counsel inadvertently scheduled the

24   sentencing in this matter for the currently set date and time which conflicts with a previously set

25   sentencing hearing before Chief Judge James Ware, in San Francisco, in the case of United States

26

1    v. Amaju Crittle, case number CR-10- 00829-JW.  Therefore, defense counsel will be

2    unavailable.

3         IT IS SO STIPULATED.

4    Dated: February 17, 2012

5

6                              _____/s/_____

                              MANUEL  ARAUJO

7                              Assistant Federal Public Defender

8    Dated: February 17, 2012

                              _____/s/_____

9                              Jeffrey B. Schenk,

10                             Assistant United States Attorney

11

12

13                          [PROPOSED] ORDER

14        GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

15   ORDERED that the sentencing hearing in the above-captioned matter shall be continued from

16   February 27, 2012, at 1:30 p.m., to March 19, 2012, at 1:30 p.m.

17        IT IS SO ORDERED.

18   Dated: February ____21____, 2012

19

20                              HONORABLE EDWARD J. DAVILA

21                              United States District Judge

22

23

24

25

26